■ GRACE CAMPANELLA, as Administratrix of the Estate of SALVATORE CAMPANELLA, Deceased, Respondent, v. TRUXTON WHIRLER & DERRICK CORP. et al., Appellants.— In an action to recover damages for wrongful death and for conscious pain and suffering, the appeal is from an order which granted respondent's motion to vacate the dismissal of the complaint and to restore the action to the calendar. The action was struck from the calendar on October 2, 1957 because of respondent's failure to file a statement of readiness (Rules App. Div. [2d Dept.], special rule eff. Jan. 15, 1957, as amd.). On October 2, 1958 the complaint was dismissed because of respondent's failure to cause the action to be restored to the calendar within one year (Rules Civ. Prac., rule 302). Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ HERBERT COLLINS, Respondent, v. GRAND UNION COMPANY et al., Appellants.— In an action to recover damages for personal injuries, the appeal is from a judgment, entered on a jury's verdict, in favor of respondent. Respondent was injured when he was struck by appellants' motor vehicle while crossing a public highway on foot. Judgment unanimously affirmed, with costs. No opinion. Present — Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ.

■ ANTHONY CORVEDDU, an Infant, by VIRGINIA CORVEDDU, His Guardian ad Litem, et al., Appellants, v. BESSIE BLUMNER, Respondent.— In an action by an infant to recover damages for personal injuries, and by his father for medical expenses, the appeal is from an amended judgment of the County Court, Westchester County, entered on a jury's verdict, dismissing the complaint. Judgment reversed and a new trial ordered, with costs to appellants to abide the event. It was error to charge that the contributory negligence of the infant's mother could be imputed to the infant (Domestic Relations Law, § 73). Nolan, P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ LESTER E. CUTLER, Respondent, v. JAMES BROCKINGTON, Defendant, and RUTIG, GASTON & COSTA, INC., Appellant.— In an action to recover damages for personal injuries, the appeal is from a judgment, entered on a jury's verdict, in favor of respondent against appellant. Judgment unanimously affirmed, with costs. There was evidence that appellant's truck was being operated on the Manhattan Bridge at a speed which the jury could have found to have been inconsistent with the exercise of reasonable care under the circumstances. This together with the fact of skidding, was sufficient to warrant submission of the issue of negligence to the jury. (See *Lo Piccolo* v. *Knight of Rest Prods. Corp.,* 7 A D 2d 369; *Neumann* v. *Metropolitan Tobacco Co.,* 20 Misc 2d 1013.) The verdict is supported by the record. Present — Nolan, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ. [19 Misc 2d 28.]